UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                    Case No:   6:13-cv-1097-Orl-22TBS

HANSRAJ H. PALEJA,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Amended Motion for Fees and Costs.  (Doc 44).  Plaintiff Federal Deposit Insurance Corporation, as Receiver of Silverton Bank, N.A., brought this action on a promissory note against Defendant Hansraj H. Paleja. (Doc. 1).  On October 30, 2013, the Court granted Plaintiff's motion for summary judgment (Doc. 40), and the Clerk entered judgment for Plaintiff in the sum of $218,484.88 (Doc. 41).  On November 13, Plaintiff moved to recover $31,522.64 in attorney's fees pursuant to a provision in the promissory note that allows the lender to recover, as liquidated damages for attorney fees incurred in collection efforts, up to 15% of the principal plus accrued interest.  (Doc. 42).  The Court denied the motion without prejudice for failure to comply with Local Rule 3.01(g).  (Doc. 43).  On November 19, Plaintiff filed its Amended Motion which contains a Rule 3.01(g) certification stating that Defendant does not oppose the requested relief.  (Doc. 44, p. 3).  Based upon this representation, I respectfully recommend that the amended motion (Doc. 44) be **GRANTED** and judgment be entered in favor of Plaintiff **in the amount of $31,522.64** for attorney's fees and costs.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation.   Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on November 19, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record
    Any Unrepresented Parties