# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

   **Plaintiff,**

v.                  Case No: 6:13-cv-1097-Orl-22TBS

**HANSRAJ H. PALEJA,**

   **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Amended Motion for Attorney's Fees and Costs (Doc. No. 44), filed on November 19, 2014.   The motion recites that Defendant does not oppose the relief requested.   (Doc. No. 44 at p. 3.)

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 19, 2014 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Amended Motion for Attorney's Fees and Costs (Doc. No. 44) is hereby GRANTED.

3. The Clerk shall enter an attorney's fees judgment providing that the Plaintiff, Federal Deposit Insurance Corporation, as Receiver of Silverton Bank, N.A., shall recover from the Defendant, Hansraj J. Paleja, the sum of $31,522.64.

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties